

# NUMBER 13-10-00093-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JULIA JONES,                                                                          Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

## On appeal from the 347th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

**Before Justices Yañez, Rodriguez, and Garza
Memorandum Opinion Per Curiam**

Appellant, Julia Jones, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it.  *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.  Having dismissed the

appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed
the 25th day of March, 2010.